Moffatt *v.* Wetherill et al., Appellants.

Argued November 13, 1928.

Before Henderson, Trexler, Keller, Linn, Gawthrop and Cunningham, JJ.

*Henry L. Schmipf, Jr.,* and with him *Hyman Lebovitz* and *William A. Carr,* for appellants.

*H. Rook Goshorn,* for appellee.

Opinion by Linn, J., December 13, 1928:

Plaintiff has judgment, after a trial by a judge without a jury, in a suit on a promissory note made by defendant partnership. The note was given by defendant to plaintiff for his interest in what had theretofore been a partnership composed of himself and the two members of defendant firm.

In appellant's brief it is said: ''The case is a clear-cut issue of credibility.'' The evidence need not be stated. The dispute turned on whether the parties had made an error of $1,000 in striking the balance payable to plaintiff for his interest on retiring; there was evidence both ways; the fact was found against

defendant by the judge who, it was agreed, should find the facts; defendant, as well as this court, is bound by the result which is responsive to the issues on which evidence was offered.

Judgment affirmed.